THOMAS B. C. BERRIAN, Respondent, *v.* JOHN CHETWOOD, Appellant.

(Argued April 11, 1882 ; decided June 13, 1882.)

*Samuel Hand* for appellant.

*Edward D. McCarthy* for respondent.

Agree to dismiss appeal. No opinion.

All concur, except ANDREWS, Ch. J., and TRACY, J., who do not vote.

Appeal dismissed.